UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 19-9062 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Linda Oliverio | : | ORDER OF RELEASE |

The Court orders the defendant, __Linda Oliverio__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

__Linda Oliverio__  
DEFENDANT

DATE  6/6/19

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____  
ANTHONY R. MAUTONE  
U.S. MAGISTRATE JUDGE

DATE  6/6/19

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____  
U.S. PRETRIAL SERVICES OFFICER